WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR17-08129-001-PCT-DMF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Ziggy Mathaya Jones, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was continued and the detention hearing was submitted on the record including a proffer by defense counsel. The Court finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a danger, pending further revocation proceedings.

Dated this 7th day of December, 2017.

Honorable Charles R. Pyle
United States Magistrate Judge